# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.                                         Civil No. 16-4126-DDC

**ROBERT H. FREY and KRISTINE L. FREY,**

    Defendants.

## AGREED ORDER TO STAY CASE

This matter is presently before the court upon the Joint Motion to Stay Case. The United States of America appears through its attorneys, Thomas E. Beall, United States Attorney for the District of Kansas, and D. Brad Bailey, Assistant United States Attorney, and defendants, Robert H. Frey and Kristine L. Frey, appear by and through their attorney, Thomas W. Sidlinger.

The Court, upon review of the file and pleadings herein, finds the following:

1. This is an action brought by Plaintiff United States of America under the provisions of 28 U.S.C. § 1345.

2. The parties represented that they have reached a settlement in this matter, which shall be finalized on or before June 14, 2018. The parties are currently drafting all relevant documents related to the settlement of this matter.

3. The parties have agreed that once settlement is finalized, within seven (7) days, the parties will file a Stipulation of Dismissal with this Court. In the event settlement has not been finalized by June 14, 2018, Plaintiff United States of America will submit an Agreed Order of Judgment of Foreclosure, and Final Judgment, signed by all parties, for entry by this Court.

4. It is in the best interest of judicial economy to stay this case until June 14, 2018, pending the finalization of the settlement.

5. Staying all deadlines would conserve the time and resources of all parties.

Based on the above findings, the Court hereby orders that this matter shall be stayed until June 14, 2018. The parties shall file a Stipulation of Dismissal within seven (7) days of the finalization of the settlement, or the parties shall submit an Agreed Order of Judgment of Foreclosure and Final Judgment within seven (7) days after June 14, 2018.

Dated this 5th day of December, 2017.

s/ K. Gary Sebelius
K. GARY SEBELIUS
U.S. Magistrate Judge